**Order entered September 26, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00386-CV

### IN RE  HAMP WILLIAMS TRUST

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-08491**

## ORDER

Before the Court is appellant's September 24, 2018 motion for an extension of time to file a brief.  We **GRANT** the motion and extend the time to Monday, **October 15, 2018**.

/s/     ADA BROWN
JUSTICE